UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Christopher Jindrich, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Rialto, et al., <br><br> Defendants. | Case No. EDCV 18-2090 JGB (SHKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiffs' Second Amended Complaint is dismissed without leave to amend and this action is dismissed.

Dated: August 5, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge